IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOMINIQUE HERMAN ADAMS, | |
|     Petitioner, | Civil Action No. 7:10-cv-00383 |
| v. | **ORDER** |
| BRYAN WATSON, | By:   Hon. Michael F. Urbanski |
|     Respondent. |       United States District Judge |

On October 14, 2010, the court dismissed Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as untimely filed. On March 9, 2011, the United States Court of Appeals for the Fourth Circuit dismissed Petitioner's appeal, and it has since repeatedly denied Petitioner leave to file a successive petition.

Presently before the court is Petitioner's motion for reconsideration. After reviewing the record, the court finds that none of the arguments in the motion warrant reopening this action. Accordingly, Petitioner's motion for reconsideration is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

Entered: June 30, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge