IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DOMINIQUE HERMAN ADAMS,**
    Petitioner,                   Civil Action No. 7:10-cv-00383

v.                                      **ORDER**

**BRYAN WATSON,**               By:    Hon. Michael F. Urbanski
    Respondent.                     United States District Judge

       On October 14, 2010, the court dismissed Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 as untimely filed. On March 9, 2011, the United States Court of Appeals for the Fourth Circuit dismissed Petitioner's appeal, and it has since repeatedly denied Petitioner leave to file a successive petition.

       Presently before the court is Petitioner's motion for reconsideration. After reviewing the record, the court finds that none of the arguments in the motion warrant reopening this action. Accordingly, Petitioner's motion for reconsideration is **DENIED**.

       The court takes notice of Petitioner's repeated, meritless filings in this action. Federal courts may issue prefiling injunctions when vexatious conduct hinders the court from fulfilling its constitutional duty. Cromer v. Kraft Foods N. Am., Inc., 390 F.3d 812, 817 (4th Cir. 2004). Before enjoining the filing of motions in this action, the court will afford Petitioner notice and an opportunity to be heard. Accordingly, Petitioner is notified of the court's intention to enter a prefiling injunction against him, and he may submit opposing argument by July 28, 2015.

       The Clerk shall send a copy of this Order to the parties.

       It is so **ORDERED**.

       Entered: July 17, 2015

       /s/ *Michael F. Urbanski*

       Michael F. Urbanski
       United States District Judge